IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA TAYLOR,

    Plaintiff,                     No. CIV S:12-cv-2467 LKK AC PS

    vs.

AMERICAN WATER, INC.,

    Defendant.                <u>ORDER</u>

        Plaintiff and counsel for defendant have informed the court that they have settled the above-captioned case. Accordingly, IT IS HEREBY ORDERED that:

        1. Dispositional documents shall be filed no later than February 10, 2013; and

        2. All hearing dates currently set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: January 11, 2013.

                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE

/mb;tayl2467.settle