1  Gregory C. Cheng, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  Lauren M. Cooper, State Bar No. 254580
   lauren.cooper@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Defendant
7  CALIFORNIA AMERICAN WATER COMPANY (incorrectly sued
   as AMERICAN WATER INC.)
8
   Christina Taylor
9  1497 Freswick Drive
   Folsom, CA 95630
10 Telephone:   916.605.8083

11 Plaintiff Pro Per
   CHRISTINA TAYLOR
12
                           UNITED STATES DISTRICT COURT
13
                          EASTERN DISTRICT OF CALIFORNIA
14

15 | | |
   |---|---|
   | CHRISTINA TAYLOR, | Case No. 2:12-cv-02467-LKK-AC |
   | Plaintiff, | |
   | v. | STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE |
   | CALIFORNIA AMERICAN WATER COMPANY (incorrectly sued as AMERICAN WATER INC.) | |
   | Defendant. | |

---

1                                                             Case No. 2:12-cv-02467-LLK-AC
                        STIPULATION AND [PROPOSED] ORDER

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

PLEASE TAKE NOTICE that Plaintiff Christina Taylor (hereinafter "Plaintiff"), in her individual capacity, and Defendant California American Water Company (incorrectly sued as American Water Inc.) (hereinafter "Defendant" or "California American Water Company"), by and through the undersigned counsel, hereby submit this stipulation and proposed order to voluntarily dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure § 41(a).

## STIPULATION

Plaintiff Christina Taylor and Defendant California American Water Company hereby stipulate that all of Plaintiff's claims against Defendant in the above-captioned matter be voluntarily dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement agreement in this matter.

IT IS SO STIPULATED.

DATED: January 30, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Lauren M. Cooper
GREGORY C. CHENG
LAUREN M. COOPER
Attorneys for Defendant
CALIFORNIA AMERICAN WATER COMPANY (incorrectly sued as AMERICAN WATER INC.)

DATED: January 7, 2013

Plaintiff
By: CHRISTINA TAYLOR

## ORDER

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

IT IS SO ORDERED.

DATED: February 8, 2013

*Allison Claire*

Honorable Magistrate Judge Allison Claire